AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

Received
U.S. Marshals Service
Southern District of Iowa
3:23 pm, Sep 10 2025

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | Case No.  3:25-cr-067 |
| Reggie Dawane Flex | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Reggie Dawane Flex ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1 - Conspiracy to Distribute a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), (b)(1)(B), 846.

WARRANT ISSUED
CHANDLOR G. COLLINS, Clerk
By: _Rachel Mipler_
DEPUTY CLERK

Date:   09/09/2025

*Issuing officer's signature*

City and state:   Davenport, Iowa          Stephen B. Jackson, Jr., Chief U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9/10/2025 , and the person was arrested on *(date)* 10/2/2025
at *(city and state)* BURLINGTON, IA .

Date: 10/2/2025

*Arresting officer's signature*

JOSH FINNISS  SUPERVISORY DEPUTY
*Printed name and title*